M. ARTHUR HELFHAT, Respondent, v. J. NORMAN WHITEHOUSE et al., Copartners, under the Firm Name of WHITEHOUSE & Co., Appellants.

(Submitted February 8, 1932; decided February 16, 1932.)

*Robert W. Bernard* for motion.
*M. Arthur Helfhat* opposed.
Motion granted.